**Order filed February 7, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00979-CV
_____

**RANDALL L. PATTERSON, Appellant**

**V.**

**CITY OF HOUSTON, Appellee**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-27190**

## O R D E R

On October 22, 2012, appellant filed a notice of appeal from the trial court's order signed September 21, 2012, granting the City of Houston's plea to the jurisdiction and dismissing appellant's suit. The record in this appeal was due November 20, 2012, but it was not filed timely. The official court reporter advised the court on December 10, 2012, that no record was reported in this case. The clerk's record was filed on December 28, 2012. Therefore, appellant's brief was

1

due January 28, 2013**.** *See* Tex. R. App. P. 38.6. No brief or motion for extension of time to file the brief has been filed.

Appellant is **ORDERED** to file a brief in this appeal on or before **February 25, 2013.** If appellant fails to file a brief in compliance with the Rules of Appellate Procedure as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM
